# UNITED STATES DISTRICT COURT

## District of Minnesota

Jose Jaime Rivera Soriano

Petitioner,

v.

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01272-LMP-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Jose Jaime R. S.'s Verified Petition for Writ of Habeas Corpus (ECF No. 1 ("Petition")) is GRANTED as follows:

a. The Court DECLARES that Jose Jaime R. S. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226;

b. The Government is ORDERED to provide Jose Jaime R. S. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release by no later than Wednesday, February 25, 2026; and

c. If the Government does not provide Jose Jaime R. S. with a bond redetermination hearing in accordance with this Order, the Government is ORDERED to release Jose Jaime R. S. from detention immediately;1 and

2. The Government is ORDERED to provide the Court with a status update by no later than 5:00 p.m. on Thursday, February 26, 2026, concerning the results of any bond redetermination hearing conducted pursuant to this Order or, if no bond hearing was held, Jose Jaime R. S.'s

release from custody.

Date: 2/19/2026

KATE M. FOGARTY, CLERK